

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2015

No. 04-15-00653-CV

**IN RE** Allen J. **JONES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Jason Pulliam, Justice

On October 19, 2015, relator filed a petition for writ of mandamus. A separate motion for emergency relief was filed on October 22, 2015. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 26, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-16674, styled *Cearth Faire v. FMP SA Management Group, LLC d/b/a Food Management Partners, LLC; ALL Jones, LLC; Allen J. Jones, Individually; and Peter Donbavand, Individually*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.